UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO ANTONIO CRUZ-GUERRERO,<br><br>                Petitioner,<br><br>                v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                Respondents. | Case No. 5:26-cv-02457 ADS<br><br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On May 8, 2026, Petitioner Alberto Antonio Cruz-Guerrero, proceeding through counsel, filed a Petition for Writ of Habeas Corpus (the "Petition"). (Dkt. No. 1.) On May 15, 2026, Respondents filed an Answer to the Petition, stating they are "not presenting an opposition argument." (Dkt. No. 7.) On May 26, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, proposing the Petition be granted and judgment be entered without requiring further proceedings. (Dkt. No. 10.)

In accordance with the Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 10), the unopposed Petition is granted.  Petitioner is entitled to a bond hearing.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  May 27, 2026                              /s/ Autumn D. Spaeth
                                          THE HONORABLE AUTUMN D. SPAETH
                                          United States Magistrate Judge