JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALBERTO ANTONIO CRUZ-GUERRERO,

                    Petitioner,

          v.

MARKWAYNE MULLIN, et al.,

                    Respondents.

Case No. 5:26-cv-02457 ADS

JUDGMENT

     Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.


Dated:  May 27, 2026                    _____/s/ Autumn D. Spaeth_____
                                        THE HONORABLE AUTUMN D. SPAETH
                                        United States Magistrate Judge